UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. ___20-80015-Cr-Middlebrooks/Brannon___

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TEO ROSENGARTEN,

    Defendant.

_____/

FILED BY____*TM*____D.C.

**Feb 10, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. §1956(h))

From in or about February 2017, through in or about March 2018, the exact dates being

unknown to the Grand Jury, in Palm Beach County, in the Southern District of Florida, and elsewhere,

the defendant,

### TEO ROSENGARTEN,

did willfully and knowingly combine, conspire, confederate, and agree with S.L. and with other

persons known and unknown to the Grand Jury, to knowingly conduct financial transactions affecting

interstate and foreign commerce, which transactions involved the proceeds of specified unlawful

activity, knowing that the property involved in the financial transactions represented the proceeds of

some form of unlawful activity, and knowing that the financial transactions were designed in whole

and in part, to conceal and disguise the nature, location, source, ownership and control of the proceeds

of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-4
### Money Laundering
### (18 U.S.C. § 1956(a)(1)(B)(i))

On or about the dates set forth below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### TEO ROSENGARTEN,

knowingly conducted and attempted to conduct, the following financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing that the financial transactions were designed, in whole and in part, to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity:

| Count | Approximate Date of Deposit | Financial Transaction |
| --- | --- | --- |
| 2 | April 14, 2017 | A withdrawal from TEO ROSENGARTEN's Bank of America account of approximately $8,000 |
| 3 | April 18, 2017 | A withdrawal from TEO ROSENGARTEN's Bank of America account of approximately $6,600 |
| 4 | April 19, 2017 | A withdrawal from TEO ROSENGARTEN's Bank of America account of approximately $7,300 |

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

2

## FORFEITURE ALLEGATIONS

1.      The allegations contained in this Information are re-alleged and incorporated by reference as though fully set forth herein for alleging criminal forfeiture to the United States of America of certain property in which the defendant, **TEO ROSENGARTEN**, has an interest.

2.      Upon conviction of a violation of, or a conspiracy to violate, Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures outlined at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).


ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


AURORA FAGAN
ASST. UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO._____

v.

# CERTIFICATE OF TRIAL ATTORNEY*

TEO ROSENGARTEN

**Superseding Case Information:**

_____**Defendant.**_____/

| Court Division: (Select One) | | | New defendant(s) | Yes ____ | No ____ |
|---|---|---|---|---|---|
| __ Miami | __ Key West | | Number of new defendants | | |
| __ FTL | ✓ WPB | __ FTP | Total number of counts | | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take  0-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ✓ | Petty | | |
   | II | 6 to 10 days | | Minor | | |
   | III | 11 to 20 days | | Misdem. | | |
   | IV | 21 to 60 days | | Felony | ✓ | |
   | V | 61 days and over | | | | |

6. Has this case previously been filed in this District Court?     (Yes or No)     No____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     No____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)     No___

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes____     No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes____     No ✓

_____
Aurora Fagan
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 188591

*Penalty Sheet(s) attached

REV 8/13/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**     TEO ROSENGARTEN

**Case No:** _____

Count 1:

  Money Laundering Conspiracy

  Title 18, United States Code, Section 1956(h)

**\* Max. Penalty:** 20 Years' Imprisonment, 3 years' sup release, and fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

Counts 2-4

  Money Laundering

  Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\* Max. Penalty:**   20 Years' Imprisonment, 3 years' sup release, and a fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

rm

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: TEO ROSENGARTEN _____

$100,000 Personal Surety Bond _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By:  _____
AUSA:   Aurora Fagan

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   S/A Alex Gorostola _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
U.S. Treasury Department

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| TEO ROSENGARTEN | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

U.S. Magistrate Judge Bruce Reinhart
*Judge's printed name and title*